IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES T. SLADE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS J. VILSACK, Secretary, U.S. Department of Agriculture Agency,<br><br>Defendant. | 8:15CV467<br><br>ORDER |

This matter is before the Court on the parties' joint Motion and Stipulation for Dismissal (Filing No. 17). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The parties stipulate to a dismissal with prejudice. Accordingly, pursuant to the parties' stipulation,

IT IS ORDERED:

1. The above-captioned action is dismissed with prejudice, the parties to bear their own costs.

Dated this 5th day of October, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge